Courts of equity will not interfere to prevent the enforcement of the criminal law.

Motion for an injunction *pendente lite* is denied, with ten dollars costs.

Motion denied, with ten dollars costs.

---

HENRY F. BRICK, Respondent, *v.* MATTHEW FAVILLA and JENNIE FAVILLA, Appellants.

(County Court, Chautauqua County, June, 1907.)

Costs — Costs on appeal — Amount and items — Particular items — Statutory allowances — Making and serving amendments to case.

The plaintiff and respondent who succeeds on the defendants' appeal to the Appellate Division from a judgment rendered by a justice of the peace is not entitled to costs for making and serving amendments to a case, though the record contained in the justice's return was changed and abbreviated for use before the Appellate Division.

MOTION for retaxation.

Nelson J. Palmer, for appellants.

Stearns, Thrasher & Sullivan, for respondent.

OTTAWAY, J.  This is a motion made by the defendants for
the retaxation of a bill of costs.  An objection is made to the
item of twenty dollars for making and serving amendments
to a case.  This action was tried in justice's court.  An appeal
was taken to the County Court.  The judgment of justice's
court was reversed.  An appeal was then taken to the Ap-
pellate Division and the judgment of the County Court sus-
tained.  The plaintiff and respondent presented a bill of costs
to the clerk of Chautauqua county and caused to be taxed
an item of twenty dollars for making and serving amend-
ments to the case.  His attorneys insist that this was a
proper item to be taxed, for the reason that the record, as
contained in the return of the justice to the County Court,
was changed and abbreviated for use before the Appellate
Division.  It is claimed that the evidence contained in the
justice's return was in the form of questions and answers,
and this was reduced to narrative form by the attorneys
representing the parties to this action.  It is claimed that
this furnishes a basis for the allowance of this item.  We
cannot agree with this contention.

Section 3053 of the Code of Civil Procedure provides that
a justice's return must contain all the proceedings including
the evidence and the judgment.

Section 3063 provides that the appeal must be heard
upon the original papers or certified copies of the same.

The record upon appeal to the Appellate Division is pre-
sumed to be the same as used before the County Court.  No
provision is made for any changes.  The changes made by the
attorneys of the respective parties and their stipulation fol-
lowing the changes so made " That the foregoing is a true
copy of the whole of the original justice's return," etc.,
does not furnish sufficient basis for the allowance of this
item.  Where no statutory right to charge or allow costs
is shown, no legal right exists.  It does not appear that any

amendments were prepared and served as contemplated by section 3251 of the Code of Civil Procedure. The item of twenty dollars is disallowed, with ten dollars costs to the defendants.

Motion granted.